12-14-2015

Dear: Abel Acosta and
        Judges

I am wrighting to let you know
I have moved again. It is hard to
keep up I have moved about 10 times
now. My new address is.
Segovia Unit #1902108 House C-3 bunk 2
1201 E. EL Cibolo Rd.
Edinburg, Tx. 78541
    I last heard that 4 judges were
looking at my case and I am waiting
for a hearing. ~~Haw~~ Has my motion
for a new hearing been accepted. I am
inocent and my case should be
overturned. Please wright me back
and help me.

                Thank you.
                James D. Ham

                The inocent

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 18 2015

Abel Acosta